Glenn W. Peterson, Esq. (CA Bar Assn. No. 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Peter M. de Jonge, Esq. (Utah Bar Assn. No. 7185)
Gordon K. Hill, Esq. (CA Bar Assn. No. 218999)
**THORPE NORTH & WESTERN, LLP**
8180 South 700 East, Suite 350
Sandy, Utah 84070
Telephone: (801) 566-6633
Fax No: (801) 566-0750

Mark M. Bettilyon, Esq. (Utah Bar Assn. No. 4798)
**RAY QUINNEY & NEBEKER, PC**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax No: (801) 532-7543

*Attorneys for Plaintiff, CytoSport, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CYTOSPORT, INC., a California Corporation, | CASE NO. 2:06-CV-02942-WBS-EFB |
| Plaintiff, | |
| vs. | **ORDER RE MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND HOLD SCHEDULING CONFERENCE** |
| ULTIMATE NUTRITION, INC., a Connecticut corporation, and DOES 1 through 10, INCLUSIVE, | |
| Defendants. | |

Pursuant to Plaintiff's Motion for Extension of Time to File Joint Status Report and Hold Scheduling Conference filed January 29, 2007, the Court Orders as follows:

Plaintiff's Motion for Extension of Time to File Joint Status Report and Hold Scheduling Conference is granted.

PDF created with pdfFactory trial version www.pdffactory.com

1    The Scheduling Conference is continued from February 12, 2007 to **March 12, 2007 at
2 1:30 p.m.**
3    The parties shall file an updated Joint Status Report no later than 14 days prior to the
4 Scheduling Conference.
5 DATED: February 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT
PDF created with pdfFactory trial version www.pdffactory.com