IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYTOSPORT, INC., a California Corporation, | CASE NO. 2:06-CV-02942-WBS-EFB |
| Plaintiff, | |
| vs. | **PERMANENT INJUNCTION** |
| ULTIMATE NUTRITION, INC., a Connecticut corporation, and DOES 1 through 10, INCLUSIVE, | |
| Defendants. | |

Based on the Stipulated Motion for Entry of Permanent Injunction and the Settlement Agreement entered into by the Parties on the 14th day of February 2008, having been apprised of the facts, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant, ULTIMATE NUTRITION, INC., and its respective agents, servants, employees, and other persons in active concert or participation with them are permanently enjoined from selling, marketing or promoting in commerce in the United States any product with the trademark MAGIC MILK, or any mark confusingly similar to MUSCLE MILK, in any style, form or media whatsoever, including without limitation, on or in connection with the internet, such as in an internet domain name, in connection with sponsored link advertising, an internal web page, or as HTML code for an internet website in any manner, such as the title or keyword portions of a metatag, or otherwise.

SIGNED this 17th day of March, 2008.



WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE



PERMANENT INJUNCTION